# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **CHRISTOPHER LARS LOFGREN,** | ) |
| | ) **Civil Action No.: 3:16-cv-02811** |
| Plaintiff, | ) |
| | ) **Judge Richardson** |
| v. | ) |
| | ) **Magistrate Judge Holmes** |
| **POLARIS INDUSTRIES, INC.,** | ) |
| | ) **JURY DEMAND** |
| Defendant. | ) |

## MOTION OF DEFENDANT POLARIS INDUSTRIES, INC. FOR ADMISSION *PRO HAC VICE* OF DAVID ALBERT RAMMELT

Pursuant to Local Rule 83.01(b), Defendant Polaris Industries, Inc. moves for the admission *pro hac vice* of David Albert Rammelt. Mr. Rammelt is an attorney with the law firm of Benesch, Friedlander, Coplan & Aronoff LLP. His office address is 333 West Wacker Drive, Suite 1900, Chicago, IL 60606. His telephone number is (312) 212-4958, his facsimile number is (312) 767-9192, and his email address is drammelt@beneschlaw.com. Mr. Rammelt is not a resident of the Middle District of Tennessee, and he does not maintain an office for the practice of law in the Middle District of Tennessee. Mr. Rammelt is a member in good standing of the bar of the Supreme Court of Illinois, and his Certificate of Good Standing is filed contemporaneously herewith.

WHEREFORE Defendant Polaris Industries Inc. prays that the Court grant its Motion and admit David Albert Rammelt *pro hac vice*.

Dated the 22nd day of March 2019.

## LR 83.01(b)(2) DECLARATION

I, David Albert Rammelt, declare under penalty of perjury that I am not, nor have I ever been, the subject of disciplinary or criminal proceedings.

/s/ David Albert Rammelt<br>
David Albert Rammelt

Respectfully submitted,

**NEAL & HARWELL, PLC**

By: /s/ James F. Sanders
    James F. Sanders, #005267
    A. Scott Ross, #015634
    Mariam N. Stockton, #29750
    Erik C. Lybeck, #35233
1201 Demonbreun Street, Suite 1000
Nashville, TN 37203
(615) 244-1713 – Telephone
(615) 726-0573 – Facsimile
jsanders@nealharwell.com
sross@nealharwell.com
mstockton@nealharwell.com
elybeck@nealharwell.com

and

/s/ David A. Rammelt
David A. Rammelt, *pro hac vice* pending
No. 06203754
Benesch, Friedlander, Coplan & Arnoff LLP
333 West Wacker Drive
Suite 1900
Chicago, IL 60606
(312) 212-4968 (Telephone)
(312) 767-9192 (Facsimile)
drammelt@beneschlaw.com

/s/ Michael John Montgomery
Michael John Montgomery, *pro hac vice* pending
No. 0070922
Benesch, Friedlander, Coplan & Arnoff LLP
200 Public Square
Suite 2300
Cleveland, OH 44114-2378
(216) 363-6235 (Telephone)
(216) 363-4588 (Facsimile)
mmontgomery@beneschlaw.com

*Attorneys for Defendant Polaris Industries, Inc.*

- 3 -

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing has been served on all counsel of record via the Court's electronic case filing system this 22nd day of March 2019.

| | |
|---|---|
| B. Keith Williams, Esq.<br>James R. Stocks, Esq.<br>Lannom & Williams, PLLC<br>137 Public Square<br>Lebanon, Tennessee 37087<br>keithwilliams@lannomwilliams.com<br>jimstocks@lannomwilliams.com<br><br>*Attorneys for Plaintiff* | Daniel O. Rose, Esq.<br>Evan Katin-Borland, Esq.<br>Kreindler & Kreindler, LLP<br>750 Third Avenue<br>New York, New York 10017<br>drose@kreindler.com<br>ekatinborland@kreindler.com<br><br>*Attorneys for Plaintiff* |
| Michael D. Allweiss, Esq.<br>Michael D. Allweiss, P.A.<br>913 31st Terrace Northeast<br>St. Petersburg, Florida 33704<br>mallweiss@aol.com<br><br>*Attorney for Plaintiff* | Michael L. Roden<br>Assistant United States Attorney<br>Suite A-961, 110 9th Avenue South<br>Nashville, TN 37203-3870<br>Michael.roden@usdoj.gov<br><br>*Attorney for the United States Army* |

        /s/ James F. Sanders